14 A.3d 1288

IN THE MATTER OF WALTER D. NEALY, AN ATTORNEY
AT LAW (ATTORNEY NO. 023181983).

March 30, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–224, concluding that **WALTER D. NEALY** of **ENGLEWOOD,** who was admitted to the bar of this State in 1984, should be censured for violating *RPC* 8.4(b) (commission of a criminal act that reflects adversely on an attorney's honesty, trustworthiness or fitness as a lawyer);

And **WALTER D. NEALY** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **WALTER D. NEALY** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.